**EXHIBIT A**

# PHIL WATSON P.C.

## ATTORNEYS & COUNSELORS AT LAW

PHIL WATSON
DAWN R. BOUCHER
FRANCIS P. HURLEY
GERALD A. LORANG

535 E. ARMY POST ROAD
DES MOINES, IOWA 50315-5930
TEL: 515-287-7000 FAX: 515-287-0875
INTERNET: HTTP//WWW.WATSONPC.COM

August 5, 2009

Tamara K. Wilson
▇▇▇▇▇▇▇▇▇
Newton, IA 50208

    RE: Associated Anesthesiologists, P.C.
    Balance: $2,925.00 (plus accrued interest, if applicable)
    File No: ▇▇8535

Dear Consumer (s):

Our law firm has been retained by the above-named creditor to collect from you the entire balance that you owe.

Federal law gives you thirty (30) days after you receive this letter to dispute the validity of the debt or any part of it. If you don't dispute it within the time period, I'll assume that it's valid. If you do dispute the debt, by notifying me in writing to that effect, I will, as required by the law, obtain and mail to you proof of the debt. And if, within the same period, you request in writing the name and address of your original creditor, if the original creditor is different from the current creditor, I will also furnish you with that information.

The law does not require me to wait until the end of the thirty (30) day period before suing you to collect this debt. If, however, you request proof of the debt, or the name and address of the original creditor within the thirty (30) day period, that begins with your receipt of this letter, the law requires me to suspend my efforts (through litigation or otherwise) to collect the debt until I mail the requested information to you.

If you want to resolve this matter, you may pay the balance that you owe or call this office and work out arrangements for payment.

At this time, no attorney with this firm has personally reviewed the particular circumstances of your account. However, if you fail to contact this office, our client may consider additional remedies to recover the balance due.

Phil Watson P.C. is a debt collector and this is an attempt to collect a debt. Any information obtained may be used for that purpose.

Sincerely,

Pat Garnett
Legal Assistant
L0005