**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

---

| | |
|---|---|
| TAMARA K. WILSON,  )<br>individually and on behalf of a class,  )<br>                                    )<br>            Plaintiff,  )<br>                                    )<br>    v.                              )<br>                                    )<br>PHIL WATSON, P.C.,          )<br>                                    )<br>            Defendant.   ) | Civil No. 4:10-cv-00098<br><br><br><br><br>**NOTICE OF WITHDRAWAL OF<br>CLASS CLAIMS** |

---

Plaintiff, through counsel, hereby withdraws her class allegations and informs the Court that she will not be filing a motion for class certification.

Respectfully Submitted,

s/Francis R. Greene
Francis R. Greene

Cathleen M. Combs
Francis R. Greene
EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

---

| | |
|---|---|
| TAMARA K. WILSON,   )  | |
| individually and on behalf of a class,   ) | |
| ) | Civil No. 4:10-cv-00098 |
| Plaintiff,   ) | |
| ) | |
| v.   ) | |
| ) | **CERTIFICATE OF SERVICE** |
| PHIL WATSON, P.C.,   ) | |
| ) | |
| Defendant.   ) | |

---

**TO:**  Kevin J. Driscoll
kdriscoll@finleylaw.com

    I, Francis R. Greene, hereby certify that on September 8, 2010, I caused to be filed the foregoing documents with the Clerk of the Court via the CM/ECF system, which caused to be sent notification of such filing to the above-listed party via electronic mail.

                                                    s/Francis R. Greene
                                                    Francis R. Greene
                                                    EDELMAN, COMBS, LATTURNER
                                                           & GOODWIN, LLC
                                                    120 S. LaSalle St., 18th Floor
                                                    Chicago, IL 60603
                                                    Tel: 312-739-4200
                                                    Fax: 312-419-0379
                                                    fgreene@edcombs.com