**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| TAMARA K. WILSON, )<br>individually and on behalf of a class, )<br>) <br>Plaintiff, )<br>)<br>v. )<br>)<br>PHIL WATSON, P.C., )<br>)<br>Defendant. ) | Civil No. 4:10-cv-00098<br><br>**STIPULATION OF DISMISSAL** |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Tamara K. Wilson and Defendant Phil Watson, P.C. hereby stipulate to the dismissal of Plaintiff's individual claim against Defendant with prejudice, and the dismissal of the claims of the putative class without prejudice, with each party to bear its own costs and fees.

| **TAMARA K. WILSON** | **PHIL WATSON, P.C.** |
|---|---|
| By: s/Francis R. Greene<br>    One of Her Attorneys | By: c/Kevin J. Driscoll<br>    One of Its Attorneys |
| Cathleen M. Combs<br>Francis R. Greene<br>EDELMAN, COMBS, LATTURNER &<br>GOODWIN, LLC<br>120 South LaSalle Street<br>18th Floor<br>Chicago IL 60603<br>(312) 739-4200<br>(312) 419-0379 (Fax) | Kevin J. Driscoll<br>FINLEY, ALT, SMITH, SCHARNBERG,<br>CRAIG, HILMES & GAFFNEY, P.C.,<br>699 Walnut Street<br>1900 Hub Tower<br>Des Moines, IA  50309<br>(515) 288-0145<br>(515) 288-2724 (Fax) |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

_____

| | |
|---|---|
| TAMARA K. WILSON, ) | |
| individually and on behalf of a class, ) | |
| ) | Civil No. 4:10-cv-00098 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| PHIL WATSON, P.C., ) | |
| ) | |
| Defendant. ) | |

_____

**TO:** Kevin J. Driscoll
kdriscoll@finleylaw.com

    I, Francis R. Greene, hereby certify that on October 20, 2010, I caused to be filed the foregoing documents with the Clerk of the Court via the CM/ECF system, which caused to be sent notification of such filing to the above-listed party via electronic mail.

                          s/Francis R. Greene
                          Francis R. Greene
                          EDELMAN, COMBS, LATTURNER
                              & GOODWIN, LLC
                          120 S. LaSalle St., 18th Floor
                          Chicago, IL 60603
                          Tel: 312-739-4200
                          Fax: 312-419-0379
                          fgreene@edcombs.com